■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. SPARROW, Appellant. [837 NYS2d 893]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered October 25, 2005. The judgment convicted defendant, upon his plea of guilty, of unlawful imprisonment in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.